UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZBETH PERALTA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE,<br><br>　　　　　　Defendant. | Case No. 24-cv-02229-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |

Pro se plaintiff Lizbeth Peralta filed this action against T-Mobile. Dkt. No. 1. Peralta also filed an application for leave to proceed in forma pauperis (IFP) and a request for a temporary injunction. Dkt. Nos. 2, 3. Court mail sent to plaintiff's last known address in San Francisco, California, has been returned as undeliverable. *See* Dkt. Nos. 4-16. A courtroom deputy to the presiding magistrate judge tried without success to reach Peralta at her telephone number as listed in the complaint.

On August 22, 2024, the magistrate judge filed a report recommending that the case be dismissed under Civil Local Rule 3-11(b), which authorizes dismissal in these circumstances. Dkt. No. 17. The time to object to the magistrate judge's recommendation has passed, *see* 28 U.S.C. § 636(b)(1)(C), Fed. R. Civ. P. 72(b), and Peralta has not filed an objection or any other response.

The Court's independent review establishes that dismissal for failure to file a notice of change of address updating plaintiff's mailing address is warranted. The recommendation, Dkt. No. 17, is adopted, and the case is dismissed without prejudice under Civil Local Rule 3-11(b).

**IT IS SO ORDERED.**

Dated: September 27, 2024

JAMES DONATO
United States District Judge